UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DAVID MURPHEY and
JESSICA MURPHEY
_____ ,   )
      Plaintiff (s),   )
                                       )
v.                          )   Case No.
                                       )
Enhanced Recovery
Company, LLC.
_____ ,   )
      Defendant(s).   )

## NOTICE OF INTENT TO USE
## PROCESS SERVER

Comes now __PLAINTIFFS__ and notifies the court of the intent to use
(Plaintiff or Defendant)

Process Service of America, Inc.
_____
(name and address of process server)

PO Box 5848
_____

Tallahassee, FL 32314
_____

To serve:   Enhanced Recovery Company, LLC.
_____ in the
(name of defendants to be served by this process server)

above-styled cause.  The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

03/07/2011                                                              s/David M. Marco
_____                                       _____
(date)                                                       (attorney for Plaintiff)

                                                            _____
                                                            (attorney for Defendant)