AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Missouri

| | |
|---|---|
| DAVID MURPHEY and JESSICA MURPHEY ) | |
| *Plaintiff* ) | |
| v.  ) | Case No. |
| ENHANCED RECOVERY COMPANY, LLC. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DAVID MURPHEY and JESSICA MURPHEY                                                              .

Date:     03/07/2011

s/Larry P. Smith
*Attorney's signature*

LARRY P. SMITH - 6217162
*Printed name and bar number*

LARRY P. SMITH & ASSOCIATES, LTD.
205 NORTH MICHIGAN AVENUE
SUITE 4000
CHICAGO, IL 60601
*Address*

lsmith@smithlaw.us
*E-mail address*

(312) 222-9028
*Telephone number*

(888) 418-1277
*FAX number*